IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 09-318 |
| | ) | |
| KEITH EUGENE REDMAN, JR. | ) | |
| | ) | |

**FINAL ORDER OF FORFEITURE**

AND NOW, this 9th day of April, 2013, upon consideration of the United States' Motion for Final Order of Forfeiture, it is hereby ORDERED that the Motion is GRANTED, and that $5,445.00 in United States currency is hereby forfeited to the United States pursuant to 21 U.S.C. § 853(a)(1), for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity, including, without limitation, Keith Eugene Redman, Jr.

_Maurice B. Cohill, Jr._
United States District Court Judge